*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 9, 1999

STATE OF CONNECTICUT *v.* RICKY LEE BARNETT

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 581 (AC 16926), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Robert J. McKay*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 9, 1999

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.